**Bonnie J. MAYO, Plaintiff–Appellant,**

v.

**WELLS FARGO BANK, N.A.; Federal Home Loan Mortgage Corporation; Samuel I. White, Defendants–Appellees.**

**No. 15–1349.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 17, 2015.

Decided: Nov. 19, 2015.

Christopher E. Brown, The Brown Firm, PLLC, Alexandria, Virginia, for Appellant. Hunter W. Sims, Jr., Christy L. Murphy, Kaufman & Canoles, PC, Norfolk, Virginia, for Appellees.

Before WILKINSON, DUNCAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bonnie J. Mayo appeals from the district court's orders entering judgment in favor of the Defendants on her multiple state law claims arising out of the foreclosure sale of her home. We have reviewed the record, including the parties' briefs, and we find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Mayo v. Wells Fargo Bank, N.A.*, No. 4:13–cv–00163–RAJ–LRL (E.D.Va. filed Apr. 11, 2014 & entered Apr. 14, 2014; Mar. 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court.

*AFFIRMED.*